UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE BONDS and SHENESIA RHODES,

        Plaintiff,                                  Case Number 22-11491

v.                                                        Honorable David M. Lawson

COMPASS GROUP, CROTHALL HEALTHCARE
INC., TENET HEALTHCARE CORPORATION,
VHS, INC., VHS OF MICHIGAN, INC. d/b/a
DETROIT MEDICAL CENTER, and VHS
HARPER-HUTZEL HOSPITAL, INC.,

        Defendants.
_____/

## ORDER DISMISSING ORDER TO SHOW CAUSE

On June 30, 2022, the plaintiffs filed their complaint in this case alleging that the defendants retaliated against them for reporting unsafe, unsanitary, and dangerous conditions at Harper-Hutzel Hospital in Detroit, Michigan. The complaint did not clearly state a basis for the Court to exercise federal jurisdiction over the case. The Court therefore ordered the plaintiffs to show cause why the case should not be dismissed for want of subject matter jurisdiction.

On July 13, 2022, the plaintiffs filed a response to the order to show cause that asserts that none of the defendants are citizens of Michigan and there is complete diversity of citizenship of the parties. The plaintiffs therefore contend that the Court may exercise federal diversity jurisdiction over this matter. The plaintiffs also contend that the Court may exercise federal question jurisdiction because the False Claims Act, 31 U.S.C. § 3730(h), provides a private cause of action for retaliation claims. *See Tibor v. Michigan Orthopaedic Inst.*, 72 F. Supp. 3d 750, 755-56 (E.D. Mich. 2014). The Court finds that the plaintiffs' response is sufficient at this stage of the litigation to establish that the case properly is before the Court. The order to show cause therefore will be dismissed.

- 2 -

Accordingly, it is **ORDERED** that the order to show cause issued on July 11, 2022 (ECF No. 4) is **DISMISSED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: July 18, 2022